**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 0 8 2014

JEFFREY P. ALLSTEADT, CLERK
PS REP. -DDS

**Fill in this information to identify your case:**

Debtor 1 *Donly Louise Chorn*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *Northern* District of *IL*

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Tell the Court About Your Family and Your Family's Income**

**1. What is the size of your family?**
*Your family* includes you, your spouse, and any dependents listed on *Schedule J: Current Expenditures of Individual Debtor(s)* (Official Form B 6J).

*Check all that apply:*
☑ You
☐ Your spouse
☐ Your dependents    How many dependents? _____    *1*    Total number of people

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income,* see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

|  | That person's average monthly net income (take-home pay) |
|---|---|
| You................. | $ *789* |
| Your spouse ... + | $ _____ |
| Subtotal............ | $ *789* |
|  | − $ *189* |
| Total................. | $ *6.00* |

**3. Do you receive non-cash governmental assistance?**
☐ No
☑ Yes. Describe...........    Type of assistance
*SNAP, IHEAP, PRESCRIPTION HELP*

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain. ...........

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.
*Need to hire a lawyer to represent me.*

Debtor 1   _DONLY LOUISE CHORN_
         First Name   Middle Name   Last Name

Case number *(if known)* _____

## Part 2:   Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you
   reported on line 2.

   If you have already filled out *Schedule J, Your Expenses,* copy
   line 22 from that form.

   $ _645_

7. **Do these expenses cover anyone
   who is not included in your family
   as reported in line 1?**

   ☑ No
   ☐ Yes. Identify who ..........

8. **Does anyone other than you
   regularly pay any of these
   expenses?**

   If you have already filled out
   *Schedule I: Your Income,* copy the
   total from line 11.

   ☑ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

9. **Do you expect your average
   monthly expenses to increase or
   decrease by more than 10% during
   the next 6 months?**

   ☑ No
   ☐ Yes. Explain ...............

## Part 3:   Tell the Court About Your Property

If you have already filled out *Schedule A: Real Property (Official Form B 6A)* and *Schedule B: Personal Property (Official Form B 6B),* attach
copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in
    your wallet, in your home, and on
    hand when you file this application

    Cash:   $ _340_

11. **Bank accounts and other deposits
    of money?**
    *Examples:* Checking, savings,
    money market, or other financial
    accounts; certificates of deposit;
    shares in banks, credit unions,
    brokerage houses, and other
    similar institutions. If you have
    more than one account with the
    same institution, list each. Do not
    include 401(k) and IRA accounts.

    |  | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | _ASSOCIATED BANK_ | $ _75_ |
    | Savings account: | | $ |
    | Other financial accounts: | _CAPE COD FIVE_ | $ _1000_ |
    | Other financial accounts: | | $ |

12. **Your home?** (if you own it outright or
    are purchasing it)

    *Examples:* House, condominium,
    manufactured home, or mobile home

    _40058 N. U.S. HWY 45_
    Number   Street
    _LAKE VILLA IL 60046_
    City   State   ZIP Code

    Current value:   $ _160,000_
    Amount you owe
    on mortgage and
    liens:   $ _350,000_

13. **Other real estate?**

    _40174 N. U.S. HWY 45_
    Number   Street
    _LAKE VILLA IL 60046_
    City   State   ZIP Code

    Current value:   $ _170,000_
    Amount you owe
    on mortgage and
    liens:   $ _350,000_

14. **The vehicles you own?**

    *Examples:* Cars, vans, trucks,
    sports utility vehicles, motorcycles,
    tractors, boats

    Make:   _CHRYSLER_
    Model:  _TOWN & COUNTRY_
    Year:   _2002_
    Mileage _148,000_

    Current value:   $ _2000_
    Amount you owe
    on liens:   $

    Make:
    Model:
    Year:
    Mileage

    Current value:   $
    Amount you owe
    on liens:   $

Debtor 1 _____  Case number (if known)_____

First Name   Middle Name   Last Name

---

**15. Other assets?**

Do not include household items and clothing.

**Describe the other assets:**

Current value:          $_____

Amount you owe on liens:     $_____

---

**16. Money or property due you?**

*Examples:* Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

**Who owes you the money or property?**

_____

_____

**How much is owed?**

$_____

$_____

**Do you believe you will likely receive payment in the next 180 days?**

☐ No

☐ Yes. Explain:

---

## Part 4:   Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☑ No

☐ Yes. **Whom did you pay?** *Check all that apply:*

☐ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

**How much did you pay?**

$_____

---

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☐ No

☑ Yes. **Whom do you expect to pay?** *Check all that apply:*

☑ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

**How much do you expect to pay?**

$_____

---

**19. Has anyone paid someone on your behalf for services for this case?**

☑ No

☐ Yes. **Who was paid on your behalf?** *Check all that apply:*

☐ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

**Who paid?** *Check all that apply:*

☐ Parent

☐ Brother or sister

☐ Friend

☐ Pastor or clergy

☐ Someone else _____

**How much did someone else pay?**

$_____

---

**20. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District _____  When _____  Case number _____
                                      MM/ DD/ YYYY

District _____  When _____  Case number _____
                                MM/ DD/ YYYY

District _____  When _____  Case number _____
                                MM/ DD/ YYYY

---

## Part 5:   Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

**x** *[signature]*          **x** _____

Signature of Debtor 1          Signature of Debtor 2

Date 04/08/2014            Date _____
MM/ DD/ YYYY              MM / DD / YYYY

---

**Fill in this information to identify the case:**

Debtor 1 _DONLY LOUISE CHORN_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _NORTHERN_ District of _IL_

Case number
(if known) _____

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied.** The debtor must pay the $306 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** $ | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____.
Month / day / year    Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_____    By the court: _____
Month / day / year    United States Bankruptcy Judge